UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Pablo Boines PLUNKETT, Plaintiff, v. UNITED STATES POSTAL SERVICE, Defendant. | Case No.: 3:24-cv-0696-AGS-AHG **ORDER GRANTING MOTION TO DISMISS (ECF 5)** |
|---|---|

Plaintiff Pablo Plunkett claims that his "friend [sent] [him] some money" and the "letter disappear[ed]." (ECF 1-2, at 2.) He seeks damages from the United States Postal Service for "pain and suffering." (*Id.* at 3.) In response, the USPS filed a motion to dismiss for lack of subject-matter jurisdiction. (ECF 5.)

The USPS is "an independent establishment of the executive branch of the Government of the United States," 39 U.S.C. § 201, and therefore "enjoys federal sovereign immunity" that shields it from suit, "absent a waiver," *Dolan v. U.S. Postal Serv.*, 546 U.S. 481, 484 (2006). The Federal Tort Claims Act provides one such a waiver for "tort claims arising out of activities of the Postal Service." 39 U.S.C. § 409.

But here what the FTCA giveth, the FTCA taketh away. The FTCA excepts from its waiver "[a]ny claim arising out of the loss . . . of letters of postal matter." 28 U.S.C. § 2860(b). Since Plunkett's claim "fall[s] within" this exception, "federal courts lack subject matter jurisdiction to hear" it. *See Nurse v. United States*, 226 F.3d 996, 1000 (9th Cir. 2000). So, this Court "must dismiss the action *See* Fed. R. Civ. P. 12(h)(3). Defendant's unopposed motion to dismiss is thus **GRANTED**, and the Clerk is directed to close this case.

Dated:  December 9, 2024

_____
Andrew G. Schopler
United States District Judge